RONALD TELEPO v. STATE OF NEW JERSEY, ET AL.

February 7, 1989.

Petition for certification denied.

THOMAS C. FERGUSON, ETC., ET AL. v. GRAVELY INTERNA-
TIONAL, INC., ET AL.

February 7, 1989.

Petition for certification denied.

IN THE MATTER OF THE GUARDIANSHIP OF R.A.M., D.J.M.,
A.M.M., P.A.M., E.C.M., AND L.D.M.

February 7, 1989.

Petition for certification denied.

KEITH WILLIAMS v. CITY OF CAMDEN, ET AL.

February 7, 1989.

Petition for certification denied.